In the Matter of EDWARD L. (ANONYMOUS), Appellant.— Appeal

Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.

In the Matter of ALTAGRACIA BIDO, Respondent, v. BENEDICTO ALBIZU, Appellant.—

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.